**J. L. STRICKLAND, Appellant, v. STATE OF FLORIDA, Appellee**

May 7, 1946                                                                 January Term, 1946
                                                                            Division A

Affirmed.

**O. L. QUICK, Appellant, v. EDWIN E. BLANCHARD and wife MARY E. BLANCHARD; G. P. ROBINSON and wife FLORENCE ROBINSON, Appellees.**

May 7, 1946                                                                 January Term, 1964
                                                                            Division B

Affirmed.